951 A.2d 258

**Raheem Calvin KELLY, Appellee**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellant.**

Supreme Court of Pennsylvania.

June 12, 2008.

***ORDER***

PER CURIAM.

**AND NOW,** this 12th day of June, 2008, as Appellee's maximum date of March 10, 2008 has passed, and as Appellee is no longer incarcerated in the state correctional system,

Appellant's Application for Summary *Per Curiam* Reversal and the appeal in this matter are **DISMISSED AS MOOT.**